United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                              Case No. 23-13029-PGH
Piedad Del Socorro Franco                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1            User: admin            Page 1 of 3
Date Rcvd: Apr 20, 2023            Form ID: 309A            Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Piedad Del Socorro Franco, 11045 W 33rd Ct, Hialeah, FL 33018-2189 |
| 96923156 | + | SYNCB/Walmart, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jsabatier@legalservicesmiami.org | Apr 20 2023 22:29:00 | Jose Sabatier, 4343 W Flagler Street #100, Miami, FL 33134 |
| tr | + | EDI: FMMYIP | Apr 21 2023 02:13:00 | Maria Yip, 2 S. Biscayne Blvd #2690, Miami, FL 33131-1815 |
| smg | | EDI: FLDEPREV.COM | Apr 21 2023 02:13:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 20 2023 22:30:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96923135 | + | EDI: GMACFS.COM | Apr 21 2023 02:13:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 96923136 | + | EDI: TSYS2 | Apr 21 2023 02:13:00 | Barclays Bank Delaware, P. O. Box 8803, Wilmington, DE 19899-8803 |
| 96923137 | + | EDI: CITICORP.COM | Apr 21 2023 02:13:00 | Brooks Brothers/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 96923138 | + | EDI: CAPITALONE.COM | Apr 21 2023 02:13:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923141 | + | EDI: CAPITALONE.COM | Apr 21 2023 02:13:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923142 | + | EDI: WFNNB.COM | Apr 21 2023 02:13:00 | Comenity Bank/AN TLR, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923143 | + | EDI: WFNNB.COM | Apr 21 2023 02:13:00 | Comenity Bank/NWYRK&CO, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923144 | + | EDI: WFNNB.COM | Apr 21 2023 02:13:00 | Comenity Bank/VCTRSSEC, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923145 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2023 22:40:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 96923146 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 20 2023 22:29:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 96923147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 22:40:05 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 96923148 | + | Email/Text: info@mandarichlaw.com | Apr 20 2023 22:30:00 | LVNV Funding LLC, PO Box 952289, Lake |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 309A | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Mary, FL 32795-2289 |
| 96923149 | + | EDI: CITICORP.COM | Apr 21 2023 02:13:00 | Macys/Citibank NA, PO Box 8218, Mason, OH 45040-8218 |
| 96923150 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 22:30:00 | Midland Credit Management Inc., 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 96923151 | | EDI: PRA.COM | Apr 21 2023 02:13:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 96923152 | + | EDI: RMSC.COM | Apr 21 2023 02:13:00 | SYNCB/OLD NAVY, PO BOX 965005, Orlando, FL 32896-5005 |
| 96923153 | + | EDI: RMSC.COM | Apr 21 2023 02:13:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 96923155 | + | EDI: RMSC.COM | Apr 21 2023 02:13:00 | SYNCB/TOYSRUS, P.O. Box 965001, Orlando, FL 32896-5001 |
| 96923157 | + | EDI: WTRRNBANK.COM | Apr 21 2023 02:13:00 | TD Bank USA/ Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 96923158 | + | EDI: BLUESTEM | Apr 21 2023 02:13:00 | WebBank/Finger Hut, 13300 Pioneer Trail Eden, Eden Prairie, MN 55347-4120 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96923139 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923140 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923154 | *+ | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jose Sabatier | on behalf of Debtor Piedad Del Socorro Franco jsabatier@legalservicesmiami.org |
| Maria Yip | trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

District/off: 113C-1 User: admin Page 3 of 3
Date Rcvd: Apr 20, 2023 Form ID: 309A Total Noticed: 26
TOTAL: 3

District/off: 113C-1 User: admin Page 3 of 3
Date Rcvd: Apr 20, 2023 Form ID: 309A Total Noticed: 26

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Piedad Del Socorro Franco<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–2007<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: 7    4/19/23 |
| Case number: | 23–13029–PGH | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Piedad Del Socorro Franco | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 11045 W 33rd Ct<br>Hialeah, FL 33018 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Jose Sabatier<br>4343 W Flagler Street #100<br>Miami, FL 33134 | Contact Phone 305–438–2466 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Maria Yip<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131 | Contact Phone (305) 908–1862 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **4/20/23** |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (06/14/2021)    page 1

| 7. ** MEETING OF CREDITORS ** | **May 23, 2023** at **10:30 AM** | ***MEETING WILL BE HELD BY TELEPHONE*** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government-issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Maria Yip**<br>Call in number: 877-501-0404<br>Passcode: 6224335 |

| 8. Presumption of Abuse | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 7/24/23 |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**<br>  if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>  if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>  the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003-1(B) for converted cases. |

| 10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report | Pursuant to Local Rule 6007-1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. |
|---|---|
| 11. Proof of Claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019-1(E) and 3002-1(A) it has been designated as a no asset case at this time. |
| 12. Creditors with a Foreign Address | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036-1(B) and (C). |
| 14. Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |