United States Bankruptcy Court

Southern District of Florida

In re:                                                                Case No. 23-13029-PGH

Piedad Del Socorro Franco                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: CGFI4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

**Recip ID                    Recipient Name and Address**
db                    + Piedad Del Socorro Franco, 11045 W 33rd Ct, Hialeah, FL 33018-2189

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

**Name                    Email Address**

Jose Sabatier
                    on behalf of Debtor Piedad Del Socorro Franco jsabatier@legalservicesmiami.org

Maria Yip
                    trustee@yipcpa.com  mmy@trustesolutions.net;cmmy11@trustesolutions.net

Office of the US Trustee
                    USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 3

**CGFI4** (01/26/22)



**ORDERED in the Southern District of Florida on April 20, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–13029–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Piedad Del Socorro Franco
11045 W 33rd Ct
Hialeah, FL 33018

SSN: xxx–xx–2007

## ORDER ALLOWING INSTALLMENT PAYMENTS

The Application for Individuals to Pay the Filing Fee in Installments has been reviewed by the clerk in accordance with Local Rule 1006–1(A). The debtor remitted at least one half the filing fee at the time of filing the petition or has received a Notice of Deadline to Correct Filing Deficiency(ies) which set a deadline to pay the initial installment payment. **ACCORDINGLY,**

**IT IS ORDERED** that the debtor shall pay the final balance of the filing fee of $ **169.00** on or before **June 20, 2023**. Payment must be by money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 301 North Miami Avenue, Room 150, Miami, FL 33128.

**IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

*# # #*

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.