United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 23-13029-PGH

Piedad Del Socorro Franco  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1 | User: admin | Page 1 of 2
Date Rcvd: May 25, 2023 | Form ID: CGFD65 | Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Piedad Del Socorro Franco, 11045 W 33rd Ct, Hialeah, FL 33018-2189 |
| 96923156 | + | SYNCB/Walmart, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | May 26 2023 00:23:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 96923135 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2023 00:23:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 96923136 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2023 00:25:00 | Barclays Bank Delaware, P. O. Box 8803, Wilmington, DE 19899-8803 |
| 96923137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:05:02 | Brooks Brothers/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 96923138 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:04:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 00:38:40 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 00:25:00 | Comenity Bank/AN TLR, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923143 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 00:25:00 | Comenity Bank/NWYRK&CO, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923144 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2023 00:25:00 | Comenity Bank/VCTRSSEC, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 96923145 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2023 00:22:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 96923146 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2023 00:24:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 96923147 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2023 00:38:13 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 96923148 | + | Email/Text: info@mandarichlaw.com | May 26 2023 00:24:00 | LVNV Funding LLC, PO Box 952289, Lake Mary, FL 32795-2289 |
| 96923149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 00:38:37 | Macys/Citibank NA, PO Box 8218, Mason, OH 45040-8218 |
| 96923150 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2023 00:25:00 | Midland Credit Management Inc., 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 96923151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2023 00:22:34 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, |

| District/off: 113C-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: CGFD65 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23502 |
| 96923152 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2023 00:38:50 | SYNCB/OLD NAVY, PO BOX 965005, Orlando, FL 32896-5005 |
| 96923153 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2023 00:38:59 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 96923155 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2023 00:38:41 | SYNCB/TOYSRUS, P.O. Box 965001, Orlando, FL 32896-5001 |
| 96923157 | + Email/Text: bncmail@w-legal.com | May 26 2023 00:25:00 | TD Bank USA/ Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 96923158 | + Email/Text: bnc-bluestem@quantum3group.com | May 26 2023 00:26:00 | WebBank/Finger Hut, 13300 Pioneer Trail Eden, Eden Prairie, MN 55347-4120 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96923139 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923140 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96923154 | *+ | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jose Sabatier | on behalf of Debtor Piedad Del Socorro Franco jsabatier@legalservicesmiami.org |
| Maria Yip | trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on May 25, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23–13029–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Piedad Del Socorro Franco
11045 W 33rd Ct
Hialeah, FL 33018

SSN: xxx–xx–2007

## ORDER DETERMINING DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017−2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*