Certificate Number: 03621-FLS-DE-037482697

Bankruptcy Case Number: 23-13029



03621-FLS-DE-037482697

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2023, at 4:25 o'clock PM EDT, Piedad D Franco completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  June 4, 2023          By:    /s/Damaris Soto

                              Name:  Damaris Soto

                              Title: Credit Counselor